# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR14-0063 |
| vs. | ORDER CONTINUING TRIAL |
| MOHAMMAD AL SHARAIREI and MELISSA AL SHARAIREI, | |
| Defendants. | |

This matter is scheduled for trial on November 3, 2014. A plea change hearing was scheduled for both Defendants on October 20, 2014. Defendants failed to appear at that time, however, and warrants were issued for their arrest. Because Defendants are at large, the Court finds the trial scheduled on November 3 should be continued indefinitely.

## ORDER

IT IS THEREFORE ORDERED that the trial scheduled for November 3, 2014 is hereby **CONTINUED indefinitely**. The trial will be rescheduled after Defendants have been apprehended.

DATED this 30th day of October, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA